■ In the Matter of Louis J. D'Amaro, Respondent, v. Du Bois Concrete Products Corporation, Respondent, and Joseph P. Iraci, Appellant.— Motion

by appellant for leave to appeal to this court from an order of the Appellate Term, denied, with $10 costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.